CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 22 2015

JULIA C. DUDLEY, CLERK
BY: /s/ 
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| WILMER JEROME KNIGHT, | CASE NO. 7:14CV00687 |
| Plaintiff, | |
| v. | **FINAL ORDER** |
| OFFICER SHEPPHERD AND OFFICER PARKS, | By: Hon. Glen E. Conrad<br>Chief United States District Judge |
| Defendants. | |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that defendants' motions for summary judgment on the ground of failure to exhaust administrative remedies (ECF Nos. 17 and 53), as required under 42 U.S.C. § 1997e(a), are **GRANTED**; plaintiff's claims are **DISMISSED** with prejudice; the parties' other pending motions (ECF Nos. 27, 40, 42, 44, 46, 48, 56, and 60) are **DENIED**; and this action is stricken from the active docket of the court.

ENTER: This 22 day of May, 2015.

/s/ Glen Conrad
Chief United States District Judge