CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 15 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILMER JEROME KNIGHT, | ) CASE NO. 7:14CV00687 |
| Plaintiff, | ) |
| v. | ) ORDER |
| | ) |
| OFFICER SHEPPHERD AND OFFICER PARKS, | ) By: Hon. Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that plaintiff's motions (ECF Nos. 64 and 64), seeking to reinstate and amend this case and obtain interlocutory injunctive relief, are **DENIED**.

ENTER: This 15th day of June, 2015.

/s/ Glen E. Conrad
Chief United States District Judge